No. 1940. PEOPLE, APPELLEE, *v.* GONZÁLEZ, APPELLANT.—
District Court of Aguadilla. Violation of section 61 of the
Excise-tax Law. Decided June 9, 1922. There was no bill
of exceptions, statement of the case or brief filed and the
record discloses no fundamental error. *Affirmed.*

No. 2738. ZAMBRANA, APPELLEE, *v.* CINTRÓN ET AL., AP-
PELLANTS.—District Court of Ponce. Unlawful detainer.
Decided June 13, 1922. The appellants did not give the bond
required by subdivision 2 of section 12 of the Unlawful De-
tainer Act. *Dismissed.*

No. 208. PEOPLE ET AL., PETITIONERS, *v.* ARRILLAGA, DIS-
TRICT ATTORNEY, RESPONDENT. — Mandamus. Decided June
13, 1922. The petition and the argument did not establish
a necessity for the court to act and the petitioner's right
was held not to be perfectly clear. *Petition denied.*

No. 1942. PEOPLE, APPELLEE, *v.* CUADRADO, APPELLANT.—
District Court of Humacao. Violation of section 61 of the
Excise-tax Law. Decided June 13, 1922. There was no bill
of exceptions or statement of the case and the record discloses
no fundamental error. *Affirmed.*

No. 2776. SCHLÜTER & CO., APPELLEES, *v.* PRÍNCIPE, AP-
PELLANT.—District Court of Humacao. Action of debt. De-
cided June 13, 1922. Motion by the appellees for dismissal.
*Dismissed.*

No. 2687. RUIZ, APPELLEE, *v.* RUIZ, APPELLANT. — First
District Court of San Juan. Support. Decided June 15,
1922. Motion by the appellee for dismissal. It appearing
that the statement of the case had not been presented, not-
withstanding the extensions of time granted, and the tran-
script not having been filed in the court on the date of the
motion, the motion is sustained. *Dismissed.*